# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

February 2, 2022

<u>**VIA CM/ECF**</u>
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1106
New York, NY 10007

        Re:    Laureano v. J&J Prospect Corp, d/b/a Seis Vecinos, et al.
               Case 1:21-cv-10615-LGS

Dear Judge Schofield:

      The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for February 9, 2022 at 4:10p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been served through the Secretary of State [D.E. 8 & D.E. 9]. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

      Thank you for your consideration of this first adjournment request.

Sincerely,

By: /S/   B. Bradley Weitz
     B. Bradley Weitz, Esq. (BW9365)
     THE WEITZ LAW FIRM, P.A.
     Attorney for Plaintiff
     Bank of America Building
     18305 Biscayne Blvd., Suite 214
     Aventura, Florida 33160
     Telephone: (305) 949-7777
     Facsimile:  (305) 704-3877
     Email: bbw@weitzfirm.com

---

Application **GRANTED**. The initial conference scheduled for February 9, 2022 is **ADJOURNED** to **March 9, 2022, at 4:10 p.m.** By **March 2, 2022**, the parties shall file a joint letter and proposed case management plan (*see* Dkt. No. 7), or Plaintiff shall file any motion for default judgment pursuant to Attachment A of the Court's Individual Rules. Plaintiff shall serve a copy of this Order on Defendants and shall file proof of service by **February 8, 2022**. The conference will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333. The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 10.

Dated:  February 3, 2022
         New York, New York

                                    LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE