```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOHN LAUREANO,

                         **Plaintiff,**                21-CV-10615 (LGS)(SN)

      -against-                                       **ORDER**

J&J PROSPECT CORP., et al.,

                         **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Discovery is STAYED for 60 days to facilitate settlement discussions on Plaintiff's proposed remediations. See ECF No. 21, Civil Case Management Plan and Scheduling Order. Defendant La Paz Realty Corp.'s time to answer or otherwise respond to Plaintiff's Complaint is also STAYED pending further order of the Court. By June 1, 2022, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates either the week of August 29, 2022, or in early September, to schedule a settlement conference.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     New York, New York
               May 25, 2022